DEXTER et al. v. ADLER et al. (Supreme Court, General Term, First Department. April 13, 1894.) Action by Samuel P. Dexter and others against Louis Adler and others. No opinion. Motion for reargument denied, with $10 costs. See 27 N. Y. Supp. 1126, mem.

DILWORTH, Appellant, v. MAYOR, etc., OF CITY OF NEW YORK, Respondent. (Supreme Court, General Term, First Department. February, 1894.) Action by Michael Dilworth against the Mayor, etc., of the city of New York. No opinion. Judgment affirmed, with costs.

DOLAN, Respondent, v. ROGERS, Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by John F. Dolan as surviving partner, etc., against John C. Rogers. No opinion. Judgment appealed from affirmed, on the opinion of the referee.

DORR, Respondent, v. GERMAN-AMERICAN BREWING CO., Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) A·t on by Joseph Dorr against the German-American Brewing Company. No opinion. Judgment and order appealed from affirmed.

DUCHE et al., Respondents, v. LINDBERG, appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Joan B. M. Duche and others against Theodore Lindberg. H. W. Quindal, for appellant. W. H. Phillips, for respondents. No opinion. Order imposing terms on opening default reversed, with $10 costs and disbursements. Order denying motion to open default reversed, without costs, but with disbursements.

DURFEY v. DIETER. (Supreme Court, General Term, Second Department. June 18, 1894.) Action by Joseph F. Durfey against George M. Dieter. No opinion. Order affirmed, with costs and disbursements.

EASTMAN KODAK CO., Respondent, v. REIGHENBACH et al., Appellants. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by the Eastman Kodak Company against Henry M. Reighenbach and others. No opinion. Judgment appealed from affirmed, with costs, on the opinion of ADAMS, J. (20 N. Y. S. 110), at the special term.

EINSTEIN, Appellant, v. ROCHESTER GAS & ELECTRIC CO. et al., Respondents. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Edwin Einstein against the Rochester Gas & Electric Company and ano.her. No opinion. Motion for leave to appeal to the court of appeals granted, for the reason that in our opinion the question arising in the case is of sufficient importance to render a decision of that court desirable before proceeding further. See 28 N. Y. Supp. 434.

EISERT, Respondent, v. BRANDT, Appellant. (City Court of New York, General Term. June 20, 1894.) Action by Alwin Eisert against William H. Brandt. W. W. Bryan, for appellant. M. E. Duffy, for respondent. FITZSIMONS, J. Every exception taken by defendant is found between folios 71 and 76 of the printed case. We cannot find any merit in them. All the questions objected to were objectionable because they called upon the witness under examination to state conclusions or opinions, and were therefore properly excluded. The exception found at folio 7½ is unavailing to defendant, because the contract did not require plaintiff to procure the acceptance of the architect Baxter. He only had the right to supervise the work done by plaintiff. Judgment must be affirmed, with costs.

ELTING, Respondent, v. DAYTON, Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Cornelius W. H. Elting against Charles W. Dayton. J. W. Greene, for appellant. J. J. Linson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 17 N. Y. Supp. 849; 22 N. Y. Supp. 154.

In re EMERICK. (Supreme Court, General Term, Fifth Department. June 20, 1894.) In the matter of the guardianship of Lucinda F. Emerick. No opinion. Order of the surrogate of Monroe county affirmed, without costs.

FINLAY et al. v. LEARY. (Supreme Court, General Term, Second Department. June 18, 1894.) Action by James Finlay and another against John J. Leary. No opinion. Order affirmed, with costs.

In re FORTY-SECOND ST. M. R. CO. (Supreme Court, General Term, First Department. June 15, 1894.) No opinion. The court is of the opinion that this application should not be entertained at the present time, for the reasons stated orally upon the argument.

FOSTER, Respondent, v. NEW YORK EL. R. CO., Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Thomas K. Foster against the New York Elevated Railroad Company. J. T. Davies, for appellant. W. G. Peckham, for respondent. No opinion. Judgment affirmed, with costs.